UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JOHN JORDAN,<br><br>Defendant. | Case No.   1:26-cv-02019-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL; DENYING *IN FORMA PAUPERIS* MOTION AS MOOT; AND REMANDING CASE TO STATE COURT<br><br>(ECF Nos. 2, 4) |

After Plaintiff Steven Quinn Singleton removed a state court action in which he was the plaintiff, the Court issued an order on March 17, 2026, directing Plaintiff to show cause why this case should not be remanded to state court for improper removal and lack of Federal jurisdiction. (ECF No. 3).

On March 25, 2026, Plaintiff filed a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), stating that he agrees with the Court's analysis and that he wishes to dismiss this case and have it remanded to state court. (ECF No. 4, pp. 1-2).

Accordingly, in light of the voluntary dismissal, IT IS ORDERED as follows:

1.  This action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

2.  Plaintiff's motion to proceed *in forma pauperis* is denied as moot. (ECF No. 2).

1

3.  This action is remanded to the Merced County Superior Court.

4.  Under 28 U.S.C. § 1447(c), "[a] certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court."

5.  The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close this case.

IT IS SO ORDERED.

Dated:    **March 26, 2026**                    /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE